SEND

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Kari Brewer, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 05-6211 RSWL (Ex) |
| v. | |
| West Publishing Corporation | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Sept. 2, 2005

Manuel L. Real
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 05-3222 R (Mcx)_____ and the present case:

☒ A.  Arise from the same or closely related transactions, happenings or events; or
☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___NA___ to Magistrate Judge ___NA___.

On all documents subsequently filed in this case, please substitute the initials ___R___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 05-6211 R (Ex)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)               ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

SEP - 1 2005                                                   ENTERED ON CM 9/7/05

Dockets.Justia.co