# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-05-3222-R
         CV-05-6211-R

Date: **October 17, 2005**

TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc
       KARI BREWER et al V. WEST PUBLISHING CORP etc
=================================================================

PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Carole Elkins |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Eliot Disner                               Stuart Senator
Christine Pedigo                           Heather Gilhooley

PROCEEDINGS: Plaintiffs' motion to consolidate CV-05-3222-R and CV-6211-R and any related actions that may be subsequently filed with this court

**THE COURT GRANTS THE MOTION.**

**PLAINTIFFS' SHALL FILE A PROPOSED ORDER OF CONSOLIDATION IN EACH OF THE ABOVE-ENTITLED ACTIONS.**



DOCKETED ON CM
OCT 1 9 2005
BY _____ 012

time: 3 min

MINUTES FORM 11                            Initials of Deputy Clerk ___WH___
CIVIL -- GEN