UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                           Date: NOVEMBER 3, 2005
           CV-05-6211-R

Title:  RYAN RODRIGUEZ et al -V- WEST PUBLISHING CORP etc
        KARL BREWER et al -V- WEST PUBLISHING CORP etc
================================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                                  None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                  None

PROCEEDINGS:   ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES ON
               CONSOLIDATED ACTIONS


**COUNSEL ARE NOTIFIED that these consolidated actions are hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE ON MAY 15, 2006 AT 11:00 A.M.**

**Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before APRIL 24, 2006, which date also serves as the Discovery Cut-Off Date in this action. There is no Motion Cut-Off Date set.**

**PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before MAY 8, 2006.**

**JURY TRIAL DATE is set as JUNE 20, 2006 AT 9:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11                                    Initials of Deputy Clerk  WH
CIVIL -- GEN

DOCKETED ON CM
NOV - 3 2005
BY _____ 022