UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV-05-3222-R                                    Date: JAN. 3, 2007
            CV-05-6211-R ✓

Title:      RYAN RODRIGUEZ et al; KARL BREWER et al -v- WEST PUBLISHING CORP etc
            AND CONSOLIDATED ACTION
==================================================================
PRESENT:    HONORABLE MANUEL L. REAL, JUDGE

    <u>William Horrell</u>                                  <u>None Present</u>
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                              None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

**FINAL PRE-TRIAL CONFERENCE**

is hereby **ORDERED** <u>CONTINUED</u> **FROM JANUARY 8, 2007 AT 11:00 A.M.**

**TO JANUARY 22, 2007 AT 11:00 A.M.** .




cc: counsel of record (by optical scanning)

MINUTES FORM 11                                              Initials of Deputy Clerk  WH
CIVIL -- GEN

