UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-05-3222-R                                   Date: JAN. 19, 2007
          CV-05-6211-R ✓

Title:  RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
        KARL BREWER et al -v- WEST PUBLISHING CORP etc
=====================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

         William Horrell                              None Present
         Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

         None                                         None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

**FINAL PRE-TRIAL CONFERENCE**

is hereby ORDERED <u>CONTINUED</u> FROM JANUARY 22, 2007 AT 11:00 A.M.

**TO FEBRUARY 5, 2007 AT 11:00 A.M.**


cc: counsel of record (by optical scanning)



MINUTES FORM 11                                       Initials of Deputy Clerk
CIVIL -- GEN