UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                                    Date: FEB 7, 2007
           CV-05-6211-R

Title:   RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
         KARL BREWER et al -v- WEST PUBLISHING CORP etc
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                              None Present
   Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                        None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


On February 2, 2007 the parties in these consolidated actions filed a "Stipulation and Settlement Agreement". All pending dates, including Final Pre-Trial Conference and Jury Trial are therefore VACATED. The parties will file by March 5, 2007 a Stipulated proposed Scheduling Order as to dates for the notice to the class and motion for approval of class action settlement and all other matters thereon regarding the finalization of the class settlement of these consolidated actions. It is so Ordered.


cc: counsel of record (by optical scanning)



MINUTES FORM 11                         Initials of Deputy Clerk ___WH___
CIVIL -- GEN